Exhibit 3

Pages 1 of 3 JC

## Affidavit & Sworn Statement

I, Jada Chadwick, residing at ~~[redacted]~~, Barry County, Hastings, State of Michigan, do swear and attest under the penalties of perjury and upon personal knowledge that the contents of this sworn statement are true, accurate, and correct, and that I am competent to testify.

Description of account

1. On November 3, 2020 I voted for the presidential and local election. At the Hasting Baptist Church, at 10:30 AM
2. I went with my husband, Shawn Chadwick. When we arrived the parking lot was full. We made our way inside and was dirrected to our ward, Ward 1.
3. 
4. We both stood in line waiting to vote for about 20 minutes. My husband voted before me and the lady at the table handed him his ballot but she noticed that all
5. 
6. the booths were in use. There were 5 booths in total. There was a basket full of sharpie markers that were
7. Porvided to us. I noticed the person before us grab one and my husband and I used one. They were the
8. only writing untensils porvided. I went to the booth
9. to vote and noticed the marker bleed to the other side of my ballot and it looked like a dalmatian
10. with dots everywhere. I turned my ballot in and it went into the counter but I didn't know if

Dated this 5th day of December, 20 20
Signature Jada Chadwick

Diane Kay Patterson
Notary Public of Michigan
Kent County
Expires 08/08/2027
Acting in the County of Barry

SUBSCRIBED AND SWORN to before me this 5th day of December
Diane Kay Patterson

2020

Exhibit 3

Pages 2 of 3 (JC)

## Affidavit & Sworn Statement

I, Jada Chadwick, residing at ~~[redacted]~~, Barry County, Hastings, State of Michigan, do swear and attest under the penalties of perjury and upon personal knowledge that the contents of this sworn statement are true, accurate, and correct, and that I am competent to testify.

Description of account

1. it was accepted. We both turned in our sharpies into a volunteer who wiped them with a clorox wipe.
2. After the election was over, it was about 11:00pm and I was watching fox News. I noticed that Eaton County had it's final count in and Barry had not. I clicked on barry county and the count was:
3. De La Fuente at 8,883  39.4%    Exhibit 1 (JC)
   Trump at 8,744  38.8%
   Biden at 4,675  20.7%
   Reporting at 41%. I took a screen shot of this.
4. This concerned me because I had used a sharpie marker and I never used one before. I then went to the SOS.org to see what voting system was being used in Barry County and Eaton County. Barry was using Dominion voting system and Eaton was using Heart voting system. I took screen shots of this as well. I ~~asto~~ also viewed a $Screen shot of    Exhibit 2 & 3 (JC)

Dated this 5th day of December 20 20
Signature Jada Chadwick

Diane Kay Patterson
Notary Public of Michigan
Kent County
Expires 08/08/2027
Acting in the County of Barry

SUBSCRIBED AND SWORN to before me this 5th day of December 2020
Diane Kay Patterson

Pages 3 of 3

## Affidavit & Sworn Statement

I, Juda Chadwick, residing at ~~[redacted]~~, Barry County, Hastings, State of Michigan, do swear and attest under the penalties of perjury and upon personal knowledge that the contents of this sworn statement are true, accurate, and correct, and that I am competent to testify.

Description of account

1. a ballot that look very similar to mine that night. — Exhibit 4 (JC)
2. Tody on December 5th 2020 I viewed the SOS.org website and it is now deleted. — Exhibit 5 (JC)
3. I have no idea if my vote was even counted
4.
5.
6.
7.
8.
9.
10.

Dated this 5th day of December, 20 20
Signature: Juda Chadwick

Diane Kay Patterson
Notary Public of Michigan
Kent County
Expires 08/08/2027
Acting in the County of _____

SUBSCRIBED AND SWORN to before me this 5th day of December, 2020

Diane Kay Patterson

House Balance Of Power    Presidential Race by State

### Barry County

- **O** De La Fuente — 8,883  39.4%
- **R** Trump — 8,744  38.8%
- **D** Biden — 4,673  20.7%

Exhibit 1





**2 of 2**

### EATON COUNTY

**Vendor/Manufacturer:** Hart InterCivic

**Voting System Name:** Hart InterCivic Verity Voting 2.2.2

**Tabulator:** Verity Scan

**Number of Tabulators:** 57.00

**Accessible Equipment:** Verity Touch Writer

**Number of Accessible Equipment:** 38.00

**Implementation Timeframe:** 2018

*Exhibit 2*

Send





**BARRY COUNTY**

**Vendor/Manufacturer:** Dominion

**Voting System Name:** Dominion Democracy Suite 5.5

**Tabulator:** ImageCast Precinct

**Number of Tabulators:** 28.00

**Accessible Equipment:** ImageCast X

**Number of Accessible Equipment:** 24.00

**Implementation Timeframe:** 2018

Exhibit 3

...

Send

11:07

**Presidential**

**Electors of President and Vice-President of the United States**
Vote for not more than 1

- Joseph R. Biden / Kamala D. Harris — Democrat
- Donald J. Trump / Michael R. Pence — Republican
- Jo Jorgensen / Jeremy Cohen — Libertarian
- Don Blankenship / William Mohr — U.S. Taxpayers
- Howie Hawkins / Angela Walker — Green
- Rocky De La Fuente / Darcy Richardson — Natural Law
- (write-in)

Natural Law Party

Richard A. Hewer — Libertarian
Karen Adams — U.S. Taxpayers
Douglas Levesque — U.S. Taxpayers
Mary Anne Hering — Working Class
Hali McEachern — Working Class
Tom Mair — Green

**Regent of the University of Michigan**
Vote for not more than

- Mark Bernstein — Democrat
- Shauna Ryder Diggs — Democrat
- Sarah Hubbard — Republican
- Carl Meyer — Republican
- James L. Hudler — Libertarian
- Eric Larson — Libertarian
- Ronald E. Graeser — U.S. Taxpayers
- ● Crystal Van Sickle — U.S. Taxpayers
- Michael Mawilai — Green
- Keith Butkovich — Natural

**Congressional**

**United States Senator**
Vote for not more than 1

- Gary Peters — Democrat
- John James — Republican
- Valerie L. Willis — U.S. Taxpayers
- Marcia Squier — Green
- Doug Dern

Exhibit 4



## Affidavit and Sworn Statement

Gloria J. Pennington

~~2510~~ ~~[redacted]~~

~~[redacted]~~

Barry County

Michigan

I swear and attest under penalty of perjury, and upon personal knowledge that the contents of this statement is true, and accurate, and that I am competent to testify.

I voted at the Hastings Township Hall, Barry County, Michigan on November 3, 2020. I voted for local, state, and national candidates. I was given a regular ball point pen to fill out my registration slip but instructed to place it in a box as I got to the driver's license (ID) table. I was handed a ballot along with a black sharpie for voting. I noticed the ink leaked through the ballot when I turned the ballot to the back page. I was instructed to place the sharpie pen in a box on the table before I ran the ballot through the counting machine.

Upon leaving the Hall, I remarked to my ~~wife~~ husband *GP* that this was the first time I ever used a sharpie, that it leaked through the ballot, and I had always used a regular ball point pen at ALL other elections.

Date: December 5, 2020

*Gloria J. Pennington*

*Diane Kay Patterson*

Diane Kay Patterson
Notary Public of Michigan
Kent County
Expires 08/08/2027
Acting in the County of Barry

Pages __ of __

## Affidavit & Sworn Statement

I, Michael McLean, residing at ~~[redacted]~~, Hastings County Barry, State of Michigan, do swear and attest under the penalties of perjury and upon personal knowledge that the contents of this sworn statement are true, accurate, and correct, and that I am competent to testify.

Description of account                                                                 November 3, 2020

1. I voted at the Hastings Baptist Church on Woodlawn Ave. I was given a sharpie marker, black in color.
2. After filling out the first side of the ballot I turned the ballot over and saw that the black marker had
3. bled through to the back side. I was concerned that my vote would not be counted properly.
4.
5.
6.
7.
8.
9.
10.

Dated this 12/5/2020 day of December, 2020.
Signature Mul D. Mu

Diane Kay Patterson
Notary Public of Michigan
Kent County
Expires 08/08/2027
Acting in the County of Barry

SUBSCRIBED AND SWORN to before me this 5th day of December, 2020

Diane Kay Patterson

## Affidavit and Sworn Statement

Gerald B. Pennington

~~[redacted address]~~

~~[redacted city, state, zip]~~

Barry County

Michigan

I swear and attest under penalty of perjury, and upon personal knowledge that the contents of this statement is true, and accurate, and that I am competent to testify.

I voted at the Hastings Township Hall, Barry County, Michigan on November 3, 2020. I voted for local, state, and national candidates. I was given a regular ball point pen to fill out my registration slip but instructed to place it in a box as I got to the driver's license (ID) table. I was handed a ballot along with a black sharpie for voting. I noticed the ink leaked through the ballot when I turned the ballot to the back page. I was instructed to place the sharpie pen in a box on the table before I ran the ballot through the counting machine.

Upon leaving the Hall, I remarked to my wife that this was the first time I ever used a sharpie, that it leaked through the ballot, and I had always used a regular ball point pen at ALL other elections.

Date: December 5, 2020

*Gerald Bruce Pennington* (signature)

*Diane Kay Patterson* (signature)

[Notary stamp: Diane Kay Patterson, Notary Public of Michigan, Kent County, Expires 08/08/2027, Acting in the County of Barry]

Pages 1 of 1

## Affidavit & Sworn Statement

I, ~~[redacted]~~ E. Lehman, residing at ~~[redacted]~~, Hastings County Barry County, State of Michigan, do swear and attest under the penalties of perjury and upon personal knowledge that the contents of this sworn statement are true, accurate, and correct, and that I am competent to testify.

Description of account

1,2,3. My husband and I received 3 or 4 early mail in ballots approximately 3-4 weeks prior to the election. They were all addressed in my name but I did destroy them immediately - worried they might be used if we did not. They were for the presidential election.

4.

5,6,7,8. → We voted in person at Hastings Baptist Church (next to the bowling alley). We stood in line at 6:45am waiting. When we arrived to ~~vote the ladies~~ - one of the ladies working for our ward 3 advised to fill our ballots in black sharpie + only black sharpies were available to use when I was there for the 3 November election.

9.

10.

Dated this 5th day of December, 20 20.
Signature [signature]


Diane Kay Patterson
Notary Public of Michigan
Kent County
Expires 08/08/2027
Acting in the County of Barry

SUBSCRIBED AND SWORN to before me this 5th day of December, 2020

Pages 1 of 1

**Affidavit & Sworn Statement**

I, JOSEPH PETERMAN, residing at ~~[redacted]~~, BARRY County HASTINGS, State of Michigan, do swear and attest under the penalties of perjury and upon personal knowledge that the contents of this sworn statement are true, accurate, and correct, and that I am competent to testify.

Description of account

1. when we got to the poll STATION (HASTINGS BAPTIST CHURCH) we filled out ballot with Pencil. then where HANDED A BLACK SHARPIE AND were told that was all we could USE TO fill in ballot.

2. my wife and I were sent 3 mail in ballots each. we never requested them about 2 OR 3 week prior to voting day Presidential ballots

3.

4.

5.

6.

7.

8.

9.

10.

Dated this 5TH day of Dec, 2020.
Signature [signed]

Diane Kay Patterson
Notary Public of Michigan
Kent County
Expires 08/08/2027
Acting in the County of Barry

SUBSCRIBED AND SWORN to before me this 5th day of December, 2020

Affidavit & Sworn Statement

Pages ___ of ___

I, Michelle Gonzalez, residing at ~~[redacted]~~, Hastings County Barry, State of Michigan, do swear and attest under the penalties of perjury and upon personal knowledge that the contents of this sworn statement are true, accurate, and correct, and that I am competent to testify.

Description of account

1. I voted at the Hastings Baptist Church in Hastings, Michigan. on Nov 3, 2020

2. The only thing offered to use to fill out the ballot was a Sharpie pen (black). I was told this was OK. I voted when I was

3. complete, the ballot had black spots on the front and

4. back. The marker bled through the back of the

5. ballot. I called the County clerks office in Hastings and they said if the ballot had an issue they would

6. transfer my information on to another ballot.

7. My question to her was, "How do I know my

8. ballot was counted. I dont feel comfortable with another person transferring my information on to another

9. ballot.

10.

Dated this 5th day of December, 20 20
Signature: Michelle Gonzalez

Diane Kay Patterson
Notary Public of Michigan
Kent County
Expires 08/08/2027
Acting in the County of Barry

SUBSCRIBED AND SWORN to before me this 5th day of December
Diane Kay Patterson
2020