# AFFIDAVIT OF SUSAN CONSIDINE

I, SUSAN CONSIDINE, this 29th day of November, under the penalties of perjury and upon personal knowledge that the contents of this Affidavit are true, accurate, and correct, and that I am competent to testify:

1. My name is SUSAN CONSIDINE, and I am 60 years old.
2. I live at ███████████, Livonia, MI 48154.
3. I employed a project manager at Ford Motor Company.
4. I received a mail in ballot, and brought it to Buchanan School in Livonia on November 3, 2020. Buchanan is my regular precinct to vote at in elections.
5. The election worker took my mail in ballot, and pulled it out of the envelope and was able to see who I cast my vote for in the 2020 presidential election. I voted for Donald Trump, and I observed the election worker look at my ballot and see that I voted for Donald Trump. The election worker then wrote "SURRENDERED" on the front and back of the ballot.
6. I was then told to complete a new ballot at the poll.
7. I was in line at that point and approached the table to obtain a new, blank ballot to vote in person.

1

8. The only writing utensils provided were black markers. I completed my new ballot with a black marker.

9. After I completed my ballot with the marker, I placed it into the machine.

10. I do not know if my ballot was appropriately counted due to completing it with a marker.

11. I observed approximately 15 people in the school voting, and everyone was using a marker to complete their ballot.

12. There was a steady flow of voters while I took completed my ballot at the voting booth.

I declare that, to the best of my knowledge, the information that I have provided is correct.

*Susan Considine*
SUSAN CONSIDINE

DATE: November 29, 2020

JONI MCCARTHY
Notary Public - State of Michigan
County of Wayne
My Commission Expires Nov 11, 2025
Acting in the County of Wayne

*Joni Mc Carthy*

2

# AFFIDAVIT OF LISA BODUCH

I, , this 29th day of November, under the penalties of perjury and upon personal knowledge that the contents of this Affidavit are true, accurate, and correct, and that I am competent to testify:

1. My name is LISA BODUCH.
2. I live at ~~13368 N. Fenton Rd.~~, Fenton, MI 48430.
3. I am employed as Vice President of Cosmetic Company.
4. I received a mail in ballot addressed in my name at my address, 13368 N. Fenton Rd., Fenton, MI 48430.
5. Three days later after I received my mail in ballot, I received a mail in ballot for the previous home owner, Douglas Harms, addressed to Douglas Harms at 13368 N. Fenton Rd., Fenton, MI 48430.
6. Douglas Harms died on December 1, 2010. (Exhibit 1).

I declare that, to the best of my knowledge, the information that I have provided is correct.

*Lisa Boduch*

LISA BODUCH

DATE: November 29, 2020

JONI MCCARTHY
Notary Public - State of Michigan
County of Wayne
My Commission Expires Nov 11, 2025
Acting in the County of Wayne

*Joni McCarthy*

1

# AFFIDAVIT OF CRAIG O'NEILL

I, CRAIG O'NEILL, this 29th day of November, under the penalties of perjury and upon personal knowledge that the contents of this Affidavit are true, accurate, and correct, and that I am competent to testify:

1. My name is CRAIG O'NEILL, and I am 67 years old.
2. I live at ███████████████, Livonia, MI 48152.
3. I am employed as the general manager at the Arctic Edge Ice Arena.
4. My father, William O'Neill, is deceased and he passed away on April 6, 2020.
5. My father has lived with my mother at 20461 Northville Place Drive, Northville, MI for 4 years.
6. I collect the mail at 20461 Northville Place Drive, Northville, MI addressed to my mother.
7. In October of 2020, I observed a mail in ballot addressed to William O'Neill, my deceased father in the mailbox at 20461 Northville Place Drive, Northville, MI. Additionally, there was a second mail in ballot for my mother at the mailbox at 20461 Northville Place Drive, Northville, MI.

1

8. In April of 2020, I forwarded the mail from my parents address at 20461 Northville Place Drive, Northville, MI to my house in Livonia, MI.

9. In late September 2020/October 2020 I received a SECOND mail in ballot for my deceased father at my house in Livonia, MI. Additionally, I received a SECOND mail in ballot addressed to my mother at my home in Livonia, MI.

I declare that, to the best of my knowledge, the information that I have provided is correct.

*Craig O'Neill*
CRAIG O'NEILL

DATE: November 29, 2020

JONI MCCARTHY
Notary Public - State of Michigan
County of Wayne
My Commission Expires Nov 11, 2025
Acting in the County of Wayne

*Joni McCarthy*

2

# AFFIDAVIT OF BERNADETTE G. BLANCO

I, , this 29th day of November, under the penalties of perjury and upon personal knowledge that the contents of this Affidavit are true, accurate, and correct, and that I am competent to testify:

1. My name is BERNADETTE BLANCO.
2. I live at ███████████████, Farmington Hills, MI 48335.
3. I am employed as an Executive Assistant at Texas Instruments.
4. I am a republican, and registered to receive an absentee ballot for the November 3, 2020 election.
5. In September 2020, I received a ballot in the mail for the November 3, 2020 election. I completed the ballot, signed my name, placed a stamp on the envelope and mailed it.
6. I received another ballot for the November 3, 2020 election which made me question the integrity of the voting process. I did not complete the second ballot.
7. I contacted the Farmington Hills City Clerk's Office by telephone. I was informed that the ballots that I received were not "official ballots" and that

1

the ballots for the November 3, 2020 election had not yet been mailed by the Farmington Hills City Clerk's Office. I was told that the official ballots from the Farmington Hills Clerk's Office would be mailed on September 24, 2020. The Clerk's Office explained in great detail what the official ballot looks like, and described what I should be looking for in the mail.

8. The Clerk's Office explained that fake ballots were circulating by campaign groups.

9. I subsequently received an "official" mail in ballot from the Farmington Hills City Clerk that I completed. The "official" ballot from the City Clerk look very different than the previous mail in ballots that I had received.

10. I was able to confirm that my official ballot was received according to the Michigan.gov site.

11. To my knowledge the Farmington City Clerk's office did not attempt to notify residents of Farmington Hills that fake ballots were circulating by independent campaign groups.

12. I believe these independent campaign groups circulated these fake ballots to make targeted groups believe that they had already voted when they received an official ballot, or make them believe it was unnecessary to vote in person on November 3, 2020.

2

I declare that, to the best of my knowledge, the information that I have provided is correct.

*BERNADETTE G. BLANCO*

DATE: November 29, 2020

JONI MCCARTHY
Notary Public - State of Michigan
County of Wayne
My Commission Expires Nov 11, 2025
Acting in the County of Wayne

*Joni McCarthy*

3

# AFFIDAVIT OF NANCY MARSACK

I, NANCY MARSACK, this 29th day of November, under the penalties of perjury and upon personal knowledge that the contents of this Affidavit are true, accurate, and correct, and that I am competent to testify:

1. My name is NANCY MARSACK.
2. I live at ~~2607 Westbrook Ave~~, Warren, MI 48092.
3. I am a homemaker.
4. I voted on November 3, 2020 at Mott High School in Warren, MI.
5. At Mott High School I signed in and was provided with a marker to sign my name to get my ballot. This detail sticks out to me because I am left handed and signing my name left handed is awkward with a marker.
6. I was provided with a very, thick, black marker to complete my ballot with.
7. The marker was thick, and dark and caused bleeding through the paper on my two-sided ballot.
8. This looked concerning to me, and I checked the folder underneath my ballot and saw tons of black marker on the folder. There was so much black

1

marking from bleeding that it was not possible that the bleeding came from just my ballot.

9. I did not know if the machine would take the ballot, but I slid it through the opening. I do not know if my ballot was counted due to the bleeding from the marker on both sides of my ballot.

10. I observed only markers as an option when I was given my ballot to vote.

I declare that, to the best of my knowledge, the information that I have provided is correct.

*Nancy J. Marsack*
NANCY MARSACK

DATE: November 29, 2020

JONI MCCARTHY
Notary Public - State of Michigan
County of Wayne
My Commission Expires Nov 11, 2025
Acting in the County of Wayne

*Joni McCarthy*

2

## AFFIDAVIT OF ALAN MUDRYK

I, ALAN MUDRYK, on this 29th day of November, 2020, under the penalties of perjury and upon personal knowledge that the contents of this Affidavit are true, accurate and correct. I am competent to testify:

1. My name is ALAN MUDRYK.
2. I reside at ████████████ Livonia, MI 48152. I have lived in Livonia, a city of about 100,000, for 32 years.
3. I am a Certified Public Accountant, practicing for approximately 33 years.
4. I voted on November 3, 2020 and Holmes Middle School located at 16200 Newburgh, Livonia MI 48154.
5. At Holmes Middle School there was a single file line of people waiting to vote in the hallway. As the line progressed, we moved into the gymnasium to vote.
6. In the gymnasium, there were tables with election workers providing the ballots and writing instruments.
7. When I was handed my ballot, there was a single cup to choose a marker from. There were no pens or pencils in the cup.
8. The Holmes gymnasium contained 4 precincts voting the same gymnasium. I only observed black markers in the cup when I received my ballot. The people before me in line selected a writing instrument from the same cup of black markers.
9. I completed my ballot with the black marker that was provided by the election worker. The marker bled through the two-sided ballot.

10. After I voted, I placed the black marker in a different cup at the table where an election worker was instructing me to place my ballot in the machine. I then placed my ballot into the feeder of the machine and exited the gymnasium.

I declare that the information provided is true to the best of my knowledge.

_____   11/29/2020
ALAN MUDRYK                 DATE

On this 29th day of November, 2020, before me personally appeared ALAN MUDRYK to be known to be the person who executed the foregoing instrument and acknowledged that he executed the same as his own free act and deed.

_Joni McCarthy_
NOTARY PUBLIC, Acting in Wayne County, MI

My commission expires: 11/11/2025

JONI MCCARTHY
Notary Public - State of Michigan
County of Wayne
My Commission Expires Nov 11, 2025
Acting in the County of Wayne