UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAR LEAF, et al.,

      Plaintiffs,             Case No. 1:20-cv-1169

v.             Hon. Robert J. Jonker

GRETCHEN WHITMER, et al.,

      Defendants.
_____/

## NOTICE REGARDING ASSIGNMENT OF CASE AND NOTICE OF DEFICIENCY

      NOTICE is hereby given that the above-captioned case was electronically filed in this court on December 6, 2020 . The case has been assigned to Robert J. Jonker .

      The filing party has failed to submit the filing fee as required by 28 U.S.C. § 1914(a) and W.D.Mich.LCivR 5.7(c). The filing fee must be paid electronically, by credit card, or a motion for leave to proceed *in forma pauperis* must be filed, at the time the initial pleading is electronically submitted. **The 402.00 filing fee or the IFP motion is due immediately**. Failure to comply may result in dismissal of the action. To pay by credit card, log in to CM/ECF. Click *Civil* on the blue menu bar, and under the *Fees, Make a Payment* section, select the *Filing Fee (Civil Case) – Credit Card Payment* event. For further information, see the reference materials available on the court website.

                                            CLERK OF COURT

Dated: December 7, 2020        By:   /s/ M. Garcia
                                                   Deputy Clerk