UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAR LEAF, et al.,

    Plaintiffs,

CASE NO. 1:20-CV-1169

v.

HON. ROBERT J. JONKER

GRETCHEN WHITMER, et al.,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

On December 7, 2020, Plaintiffs filed a document entitled "Plaintiff's Amended Emergency Exparte Application for Restraining Order and Injunctive Relief and Combined Brief in Support." (ECF No. 3). The Clerk docketed the motion in a new civil action. The same day the Court denied the motion. The Court observed that it was not clear whether Plaintiffs had even commenced a lawsuit as contemplated by FED. R. CIV. P. 3 but that to the extent they had, the motion fell far short of demonstrating a basis for ex parte relief under FED. R. CIV. P. 65(b). (ECF No. 5). Since that time, no further action in this matter has taken place. Plaintiffs have not filed a Complaint, nor have they sought the issuance of summons. On this record, the matter is subject to dismissal for failure to prosecute. Plaintiffs are directed to show cause not later than **Friday, February 5, 2021,** why this matter should not be dismissed for failure to prosecute as required by the rules and orders of this Court.

    **IT IS SO ORDERED.**

Dated:   January 22, 2021          /s/ Robert J. Jonker
                                                           ROBERT J. JONKER
                                                           CHIEF UNITED STATES DISTRICT JUDGE