# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| DAR LEAF, *et al.*,<br>*Plaintiffs*,<br><br>v.<br><br>GRETCHEN WHITMER, in her official capacity as Governor of the State of Michigan, JOCEYN BENSON, in her official capacity as Michigan Secretary of State and the Michigan Board of State Canvassers.<br>*Defendants*. | Case No. 20-1169<br>Hon. Robert Jonker |

Stefanie Lambert Junttila (P71303)
Attorney for Plaintiffs
500 Griswold Street, Suite 2340
Detroit, MI 48226
(313) 963-4740
attorneystefanielambert@gmail.com

Erik A. Grill
MI Dept. of Attorney General
P.O. Box 30736
Lansing, MI 48909
(517) 335-7659

## PLAINTIFFS' REPONSE TO ORDER TO SHOW CAUSE

The Court ordered Plaintiffs to explain why this matter should not be dismissed for failure to prosecute.

Plaintiffs hereby note their voluntary dismissal of this matter, without prejudice, as to the following defendants: Gretchen Whitmer, Jocelyn Benson, and the Michigan Board of State Canvassers. Dismissal by notice is appropriate pursuant to Federal Rule of Civil Procedure 41(a)(1).

Respectfully submitted,
/s/ Stefanie Lynn Junttila
Stefanie Lynn Junttila (P71303)
Law Office of Stefanie L. Lambert PLLC
500 Griswold Steeet, Ste 2340
Detroit, MI 48301
248-270-6689
Email: attorneystefanielambert@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2021, a true and genuine copy of the foregoing was served via certified mail to all counsel of record.

    _/s/_ Stefanie Lynn Junttila_____
Stefanie Lynn Junttila (P71303)
Law Office of Stefanie L. Lambert PLLC
500 Griswold Steeet, Ste 2340
Detroit, MI 48301
248-270-6689
Email: attorneystefanielambert@gmail.com