# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

DAR LEAF, *et al.*,
*Plaintiffs*,

v.

GRETCHEN WHITMER, in her
official capacity as Governor of the
State of Michigan, JOCEYN
BENSON, in her official capacity as
Michigan Secretary of State and the
Michigan Board of State Canvassers.
*Defendants.*

Case No. 20-1169
Hon. Robert Jonker

Stefanie Lambert Junttila (P71303)
Attorney for Plaintiffs
500 Griswold Street, Suite 2340
Detroit, MI 48226
(313) 963-4740
attorneystefanielambert@gmail.com

Erik A. Grill
MI Dept. of Attorney General
P.O. Box 30736
Lansing, MI 48909
(517) 335-7659

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs hereby note their dismissal of this matter, without prejudice, as to

the following defendants: Gretchen Whitmer, Jocelyn Benson, and the Michigan

Board of State Canvassers. Dismissal by notice is appropriate pursuant to Federal

Rule of Civil Procedure 41(a)(1).

Respectfully submitted,
_/s/_Stefanie Lynn Junttila_____
Stefanie Lynn Junttila (P71303)
Law Office of Stefanie L. Lambert PLLC
500 Griswold Steeet, Ste 2340
Detroit, MI 48301
248-270-6689
Email: attorneystefanielambert@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2021, a true and genuine copy of the foregoing was served via certified mail to all counsel of record.

       /s/_Stefanie Lynn Junttila_____
       Stefanie Lynn Junttila (P71303)
       Law Office of Stefanie L. Lambert PLLC
       500 Griswold Steeet, Ste 2340
       Detroit, MI 48301
       248-270-6689
       Email: attorneystefanielambert@gmail.com